# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 10, 2020

Mr. Nathaniel Bland
F.C.I. Milan
P.O. Box 1000
Milan, MI 48160

Mr. Andrew Goetz
Mr. A. Tare Wigod
United States Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, MI 48226

Re: Case No. 20-1601, *USA v. Nathaniel Bland*
Originating Case No. : 2:18-cr-20555-1

Dear Mr. Bland and Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Briston S. Mitchell
Case Manager
Direct Dial No. 513-564-7082

cc: Mr. David J. Weaver

Enclosure

No. 20-1601

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Sep 10, 2020
DEBORAH S. HUNT, Clerk

UNITED STATES OF AMERICA, )
)
   Plaintiff-Appellee, )
)
v. ) O R D E R
)
NATHANIEL BLAND, )
)
   Defendant-Appellant. )
)

Before: BUSH, Circuit Judge.

Nathaniel Bland, a federal prisoner proceeding pro se, moves for the appointment of counsel on appeal from the district court's denial of his motion for compassionate release under 18 U.S.C. 3582(c)(1)(A), based on his heightened vulnerability to Covid-19.

The appointment of counsel in sentence reduction proceedings is discretionary. *See United States v. Webb*, 565 F.3d 789, 795 (11th Cir. 2009) (per curiam); *cf.* 18 U.S.C. § 3006A(a)(2). The appointment of counsel is warranted here based on the complexity of the relevant legal and factual issues and the limits on Bland's ability to represent himself. *See Lavado v. Keohane*, 992 F.2d 601, 606 (6th Cir. 1993) (citations omitted).

For these reasons, we **GRANT** Bland's motion for the appointment of counsel. Once counsel has been appointed, the clerk shall establish an expedited supplemental briefing schedule.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk